**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-1445 JMR/FLN**

---

Frank Lehn,

Plaintiff,

vs.

**STIPULATION TO AMEND PLAINTIFF'S COMPLAINT**

Equicredit Corporation of America,

Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that:

1. Plaintiff will file the attached Amended Complaint changing Defendant Equicredit Corporation of MN's name to Equicredit Corporation of America, five (5) days from the date of this Order.

2. Defendant will have ten (10) days after service of Plaintiff's Amended Complaint to interpose an Answer or otherwise plead and is in no way an admission to the allegations in Plaintiff's Amended Complaint; and

3. That this Stipulation is in accordance with Fed.R.Civ.P. 15.

**CONSUMER JUSTICE CENTER, P.A.**

By: ____________________
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
Attorney for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 770-9707

Dated: 6/30/00

**MOSS & BARNETT, P.A.**

By: ____________________
Jeffrey W. Post (#271883)
Thomas E. Harms (#4135X)
Attorney for Defendant
4800 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-4129
Telephone: (612) 347-0300

Dated: 7/5/00

FILED JUL 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

**ORDER**

Pursuant to the foregoing Stipulation. Plaintiff may serve upon the Defendant the Amended Complaint, which is attached hereto.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: July 18, 2000

Franklin L. Noel, Judge
United States District Court