UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Frank Lehn,

Plaintiff,

v.

Equicredit Corporation of America, a Delaware corporation,

Defendant.

Court File No. CV-00-1445 (JMR/FLN)

**STIPULATION TO DISMISS COUNTS III AND IV AND PARAGRAPHS 11, 20 AND 21 FROM PLAINTIFF'S AMENDED COMPLAINT AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that:

1. The allegations contained in paragraphs 20 and 21 of the Amended Complaint are dismissed. Mr. Lehn further stipulates that Equicredit's alleged actions did not result in any changes in his medical condition. Mr. Lehn reserves the right to claim that Equicredit's alleged actions caused him emotional or psychological distress.

2. Counts III and IV of Plaintiff's Amended Complaint are dismissed.

3. Paragraph 11 of Plaintiff's Amended Complaint is dismissed.

4. The citation(s) to 15 U.S.C. § 1681h(e) in Plaintiff's Amended Complaint are amended to cite to 15 U.S.C. § 1681s-2b.

CONSUMER JUSTICE CENTER, P.A.

By ______________________
Thomas J. Lyons, Jr.
Attorney I.D. #249646
Attorney for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109
Telephone: (651) 770-9707

Dated: 1/23/01

MOSS & BARNETT
A Professional Association

By ______________________
Thomas E. Harms (#4135X)
Jeffrey W. Post (#271883)
Attorneys for Defendant
4800 Wells Fargo Center
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

Dated: January 17, 2001

FEB 06 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Pursuant to the foregoing Stipulation, the allegations contained in paragraphs 20, 21, Counts III and IV, and paragraph 11 of Plaintiff's Amended Complaint are dismissed. Finally, the citation(s) to 15 U.S.C. § 1681h(e) are amended to cite to 15 U.S.C. § 1681s-2b.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: February 6th, 2001

James M. Rosenbaum, Judge
United States District Court