UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Frank Lehn,

Plaintiff,

v.

Equicredit Corporation of America, a Delaware corporation,

Defendant.

---

Court File No. CV-00-1445 (JMR/FLN)

**STIPULATION TO AMEND THE PRETRIAL SCHEDULE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the Pretrial Schedule may be amended as follows:

1. Discovery:

   All discovery shall be commenced in time to be completed by March 15, 2001.

2. Expert Disclosure and Discovery:

   a. The deadlines for disclosure of the identity of expert witnesses are extended as follows:

      (1) By Plaintiff on or before February 12, 2001.

      (2) By Defendant on or before March 1, 2001.

   b. The deadlines for full disclosure of the substance of the testimony to be offered by each expert witnesses shall be extended as follows:

      (1) By Plaintiff on or before February 26, 2001.

      (2) By Defendant on or before March 16, 2001.

FEB 07 2001
FILED
[illegible] DOSAL, CLERK

(10)

3. Other Deadlines:

The other deadlines shall remain the same.

Dated: January 17, 2001

MOSS & BARNETT
A Professional Association

By [signature]
Thomas E. Harms (#4135X)
Jeffrey W. Post (#271883)
Attorneys for Defendant
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

Dated: 1/23/01

CONSUMER JUSTICE CENTER, P.A.

By [signature]
Thomas J. Lyons, Jr.
Attorney I.D. #249646
Attorney for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109
Telephone: (651) 770-9707

**ORDER**

Pursuant to the foregoing Stipulation,

LET THE STIPULATION BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 2/6/01

Frank L Noel

United States District Court